UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Rachel Besch

                Plaintiff

vs.

Diversified Adjustment Services, Inc.
and William H. Bright

                Defendant(s)

Civil No.: 07-4264 JMR/FLN

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The above-entitled action, having being fully compromised and settled,

**IT IS HEREBY STIPULATION**, by and between the parties hereto, through their respective attorneys, that the same may be and hereby is, dismissed on its merits with prejudice, but without further costs or disbursements to any of the parties hereto.

Dated: 3/5/2008

**BARRY & SLADE, LLC.**

By: _____
Peter Barry, ID #0266577
Attorney for Rachel Besch
2021 East Hennepin Avenue, #195
Minneapolis, MN 55413
Phone (612) 379-8800

Dated: 2-19-08

**STEWART, ZLIMEN & JUNGERS, LTD.**

By: _____
Kris A. Wittwer, ID #165311
Attorneys for Diversified and Bright
2277 Highway 36 West, #100
Roseville, MN 55113
Phone (651) 366-6380