# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO. CV – 07-04264 JMR-FLN

| | |
|---|---|
| Rachel Besch,<br><br>            Plaintiff,<br>v.<br><br>Diversified Adjustment Service, Inc., and William H. Bright,<br><br>            Defendants. | ORDER |

## ORDER

Based on the above Stipulation of Dismissal filed herein, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 17, 2008           s/James M. Rosenbaum
                                 JUDGE JAMES M. ROSENABUAM
                                 UNITED STATES DISTRICT COURT